UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROY J. MEIDINGER,

    Petitioner,

v.                          Case No: 2:15-mc-8-FtM-38DNF

COMMISSIONER OF INTERNAL
REVENUE,

    Defendant.
_____/

### **ORDER**[1]

This matter is before the Court on *pro se* Petitioner Roy J. Meidinger's Motion to withdraw previous motions for reconsideration Doc 4 & 5 (Doc. #6) filed on August 7, 2015. The Court grants Petitioner's motion.

Accordingly, it is now

**ORDERED:**

(1) Petitioner Roy J. Meidinger's Motion to withdraw previous motions for reconsideration Doc 4 & 5 (Doc. #6) is **GRANTED**.

(2) Petitioner's Motion for Reconsideration of Denial of Petition (Doc. #4) and Amended Motion for Reconsideration of Denial of Petition (Doc. #5) are **DENIED as moot**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of September 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record