UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROY J. MEIDINGER,

      Petitioner,

v.                                             Case No:   2:15-mc-8-FtM-38DNF

COMMISSIONER OF INTERNAL
REVENUE,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on *sue sponte* review of the file. *Pro se* petitioner Roy J. Meidinger initiated this miscellaneous case against the Commissioner of Internal Revenue for injunctive relief on June 17, 2015. (Doc. #1). The Court dismissed his case because it lacked the authority to interfere with the Internal Revenue Service's ("IRS") whistleblower program. (Doc. #3). The Clerk of Court thereafter closed the case file. Unsatisfied with the Court's decision, however, Petitioner filed a motion for reconsideration. (Doc. #7). The Court denied his motion because he did not demonstrate any ground to justify the Court reconsidering its prior order and he merely attempted to re-litigate issues the Court already considered and rejected. (Doc. #10). Because this Court has ruled on the merits of this case and closed this filed, it will direct the Clerk of Court to terminate any remaining pending motions.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Furthermore, the Court has previously warned Petitioner that he is prohibited from sending correspondence directly to the undersigned at the Chambers' inbox.  (Doc. #7). Since then, Petitioner has repeatedly disregarded the Court's warnings.  Consequently, the Court reiterates and strongly instructs Petitioner cease sending correspondence to the undersigned at the Chambers' inbox and from otherwise contacting the undersigned's Chambers and staff.  Except for proceedings in open court, all communication with the undersigned must be in writing and filed with the clerk's office.

Accordingly, it is now

**ORDERED:**

The Clerk of the Court is **DIRECTED** to terminate any remaining pending motions in this closed case.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of December, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record